**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DONG KIM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 8:15-cv-00410 |
| | : | |
| CONFIDENTAL STUDIO INC, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' PROPOSED VOIR DIRE

Defendants, by and through counsel, respectfully request that this Honorable Court make the following statements and pose the following questions to prospective jurors on voir dire:

**Summary of Case**

The Court will now ask a series of questions as part of the process of selecting a fair and impartial jury. These questions are not designed to embarrass anyone and the reasons behind these questions should be readily apparent. If your answer to any of the questions is in the affirmative, please rise and wait to be called upon to answer. When called upon to answer, please give your name and juror number before giving your answer. If any juror finds that an answer to any question is personally embarrassing,

when called upon to answer, please ask to approach the Bench, and you will be permitted to give your answer to the Court and counsel in confidence.

This lawsuit arose out of the circumstances surrounding the employment of Dong Kim. Mr. Kim is referred to as the "Plaintiff" in this case. A Plaintiff is defined as the party bringing a lawsuit.

Plaintiff Kim worked at Confidental Studio Incorporated, located in Gaithersburg, Maryland.

I am going to take a moment to tell you a little bit about the allegations by the parties, that is, the things which they say about the facts giving rise to this case. Because these are merely allegations, they are all things that the parties will have to prove during the course of the trial. However, I am going to give you just enough of a preview so that you can tell what the case is about.

The Defendants in this case are Confidential Studio and Raphael Choi. A Defendant is generally the party defending against a lawsuit.

According to Plaintiff Kim, he was employed by and performed work for Defendant Confidential Studio and Defendant Choi. Plaintiff Kim alleges that he was not paid overtime during his employment.

Defendants denies these allegations

Plaintiff is represented by James "Jimmy" E. Rubin, Esq.

Defendants are represented by Neil Duke of the law firm, Baker Donelson.

**Questions for Prospective Jurors**

**Question 1**: The purpose of this voir dire is to determine whether this is a case upon which you should serve as a juror. Every case such as this is serious – one which comes to the point when jurors are asked to resolve a dispute between parties. Every verdict is important to the parties involved. There is no case in which the juror should consider that the time he or she spends hearing the evidence is anything less than important and valuable. And while it is true that every case is important, it is not true that every decision can be reached with ease. For that reason, I would like to discuss with you how you feel about rendering a decision in this matter.

**Question 2**:   Are you or any members of your family, or your close friends, personally acquainted in any way with any of the parties in this case, or employed, or agents of any of the parties to this case? The parties are the Plaintiff, Mr. Dong Kim, and the Defendants Confidential Studio and Raphael Choi.

**Question 3**: Are you or any members of your family, or your close friends, personally acquainted in any way with any of the witnesses in this case? The individuals who may be called as witnesses in this case include:
1. Mr. Dong Kim
2. Mr. Sol Han
3. Mr. Raphael Choi.
4.  Sang-Kuy Park
5.  Park Lan Sook
6.  John Chon
7.  Jong-Sun Choi
8.  Young-Min Park
9.  Seung Hyun
10. Dong Kyu
11. Kyung Hye
12. Sun Young Lee
13. Yoon Choi
14. Han-oall Kim
15. Mikyng Pyo
16. Gyeong Hae Han
17.  Sung-Hyun Choi

**Question 4**: Does any member of the jury panel have any personal knowledge of this occurrence as a result of either being a co-worker, supervisor, or friend of any party;

3

4850-2143-5464 v2
5035885-097367 05/22/2017

having read about this occurrence; and/or having heard from any individual any information regarding his occurrence?

**Question 5**: Do you or any members of your family or close friends know Defendants' attorney, Neil Duke?
Do you or any members of your family or close friends know the Plaintiff's attorneys, James "Jimmy" Rubin?

**Question 6**: Does any member of this jury panel or any member his/her immediate do business in any way with the Confidental Studio or Raphael Choi?

**Question 7**: Are any members of the jury pool self-employed or business owners? :

**Question 8**: Have you ever served on a grand jury or trial jury, either State or Federal? If so, was it a civil or criminal trial, and when and where did your jury service take place?

**Question 9**: Has any member of this jury panel or a member of their immediate family or close friends been a defendant in a civil case or had a claim made against them arising out of an employment relationship?

**Question 10**: Has any member of this jury panel or member of their immediate family or close friends been a plaintiff in a civil case or made a claim arising out of an employment relationship?

**Question 11**: Is there any member of the jury panel who has any sympathy or strong feelings for or against either the Plaintiffs or the Defendants that would prevent him or her from trying this case solely and exclusively on the evidence to be heard in open Court?

**Question 12**: Does any member of this jury panel feel that he or she is unable to render an impartial verdict in this case for any reason?

**Question 13**: Have you, or any of your friends or relatives ever been accused of refusing or failing to pay an employee what he or she was owed?

**Question 14**: Does any member of the jury panel have any legal training?

4850-2143-5464 v2
5035885-097367 05/22/2017