# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONG KIM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 8:15-cv-00410 |
| | : | |
| CONFIDENTAL STUDIO INC, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' PROPOSED VERDICT SHEET

Question No. 1

Has Plaintiff proved by a preponderance of evidence that he was an employee of Defendants during the relevant period?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," proceed no further. Your deliberations are complete.


Question No. 2

Has Plaintiff proved by a preponderance of evidence that Defendants were engaged in commerce or in the production of goods for commerce or employed by an enterprise engaged in commerce or in the production of commercial goods?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," proceed no further. Your deliberations are complete.

Question No. 3

Has Plaintiff proved by a preponderance of evidence that Defendants failed to pay him the overtime pay required by law?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," proceed no further. Your deliberations are complete.


Question No. 4

Have Defendants proved by clear and convincing evidence that Plaintiff was exempt from the overtime-pay requirement as an administrative employee?

Answer "Yes" or "No."

_____

If your answer is "Yes," proceed no further.  Your deliberations are complete.  If your answer is "No," answer the next question.


Question No. 5

Do you find that Defendants had adopted a policy that did not afford overtime compensation to Plaintiff, and that Plaintiff failed to adhere to that policy?

If your answer is "Yes," proceed no further.  Your deliberations are complete.  If your answer is "No," answer the next question.


Question No. 6

Do you find that Defendants authorized Plaintiff to work overtime hours, or that Defendants had reason to know that Plaintiff worked overtime hours?

If your answer is "Yes," proceed to the next question.  If your answer is "No," proceed no further.  Your deliberations are complete.

Question No. 7

Has Plaintiff proved by a preponderance of evidence that he is entitled to recover damages under the FLSA?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," proceed no further. Your deliberations are concluded.

Question No. 8

What sum of money would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff? Answer in dollars and cents:

$_____

Question No. 9

Has Plaintiff proved by a preponderance of the evidence that Defendants knew that its conduct was prohibited by the FLSA or showed reckless disregard for whether the FLSA prohibited its conduct?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer the next question. If your answer is "No," proceed no further. Your deliberations are concluded.

Question No. 10

Have Defendants proved that they did not pay overtime to Plaintiff as a result of a bona fide dispute?

Answer "Yes" or "No."

_____

YOUR DELIBERATIONS ARE COMPLETE.  PLEASE SIGN AND RETURN THIS VERDICT SHEET.

_____

Jury Foreperson